UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAUL ANDRE CARTER,

        Plaintiff,

v.

PROCTER & GAMBLE, CO.,

        Defendant.

No. 2:18-cv-00021-TLN-DB

**ORDER EXTENDING DEADLINE TO CLOSE DISCOVERY**

      The parties have stipulated to extend the deadline to complete discovery in this matter to January 2, 2019, due to Plaintiff's change of counsel and new counsel's need for time to review the progress of the case to date. (ECF No. 14 at 2.) The parties have shown good cause and the Court hereby GRANTS this extension of the discovery deadline to January 2, 2019.

      The parties also asked to extend the expert designation deadline and supplemental expert designation deadline to new fixed dates. (ECF No. 14 at 2.) The Court refers the parties to the Pretrial Scheduling Order, Section III Discovery, and Section IV Disclosure of Expert Witnesses, which sets these litigation deadlines in relation to the close of discovery. (ECF No. 5 at 2–3.)

      IT IS SO ORDERED.

Dated: October 15, 2018

Troy L. Nunley
United States District Judge

1